# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DARNELL PORTER,
ADC #116186                                                                    PLAINTIFF

V.                                    4:09CV00890BSM/HLJ

NURSE LUMPKIN, et al.                                                          DEFENDANTS

## ORDER

Defendant Dr. Garry Stewart, through his attorney, has answered and supplied his correct or complete name. The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 22nd day of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE