IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARNELL PORTER,
ADC #116186                                                                                PLAINTIFF

v.                          4:09CV00890HLJ

NURSE LUMPKIN, et al.                                          DEFENDANTS

## ORDER

The court has received the partial recommended disposition from Magistrate Judge Henry L. Jones, Jr. The parties have not filed any objections. After carefully reviewing the partial recommended disposition and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, defendant Faulkner County is hereby DISMISSED from plaintiff's complaint, for failure to state a claim.

IT IS SO ORDERED this 9th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE